NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Plaintiff-Appellee,*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,**
*Defendants-Appellants.*

---

2012-1507

---

Appeal from the United States District Court for the Northern District of California in case no. 12-CV-0630, Judge Lucy H. Koh.

---

## ON MOTION

---

PER CURIAM.

## O R D E R

Samsung Electronics Co., Ltd. et al. submit a motion for a stay, pending appeal, of the preliminary injunction entered by the United States District Court for the Northern District of California on June 29, 2012.

Upon consideration thereof,

IT IS ORDERED THAT:

Apple Inc. is directed to respond no later than 5 p.m. on July 12, 2012.

FOR THE COURT

JUL 06 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Charles K. Verhoeven, Esq.
Harold J. McElhinny, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 06 2012

JAN HORBALY
CLERK